IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRUCE ALLEN MASSEY, § <br> Dallas Cnty. Jail BookIn No. 20045011, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> RENE HINOJOSA, § <br> § <br> *Defendant.* § | No. 3:21-cv-553-X |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 12th day of August 2021.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE